No. 495. MITCHELL ET AL. v. SUPREME COURT OF FLORIDA ET AL. October 25, 1937. Petition for writ of certiorari to the Supreme Court of Florida, and motion for leave to proceed further *in forma pauperis,* denied. *David F. Mitchell, Edith C. Worley* and *Edward M. L'Engle,* petitioners, *pro se.*

No. 275. HAWKINS v. UNITED STATES. October 25, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Hal Lindsay* for petitioner. No appearance for the United States.

No. 396. KELLOGG COMPANY v. NATIONAL BISCUIT Co. October 25, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. MR. JUSTICE STONE and MR. JUSTICE ROBERTS took no part in the consideration and decision of this application. *Messrs. W. H. Crichton-Clarke, Edward S. Rogers,* and *Robert T. McCracken* for petitioner. *Messrs. Thomas G. Haight, David A. Reed, Drury W. Cooper,* and *Charles A. Vilas* for respondent.

No. 403. PATTERSON v. ALABAMA. October 25, 1937. Petition for writ of certiorari to the Supreme Court of Alabama denied. MR. JUSTICE BLACK took no part in the consideration and decision of this application. *Messrs. Samuel S. Leibowitz* and *Osmond K. Fraenkel* for petitioner. *Messrs. A. A. Carmichael* and *Thomas Seay Lawson* for respondent.